```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:_____
DATE FILED: 10/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRITCHARD-GORDON TANKERS LTD.,

                Plaintiff,

- against -

WEST INDIES PETROLEUM LTD.,

                Defendant.

Civil Case No. 24-cv-7460

**ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT AND APPOINTING SPECIAL PROCESS SERVER**

      Having reviewed and considered Plaintiff Pritchard-Gordon Tankers Ltd.'s *Ex-Parte* Motion for Issuance of Process of Maritime Attachment and Garnishment and Appointing a Special Process Server and the Verified Complaint, together with the Attorney Declaration that the Defendant, West Indies Petroleum Ltd. ("West Indies"), cannot be found in the District, and finding that the conditions of Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule B") appear to exist and there is good cause to appoint a special process server;

      **NOW**, upon motion of Freehill Hogan & Mahar LLP, attorneys for Plaintiff, it is hereby:

      **ORDERED** that the Clerk shall issue Process of Maritime Attachment and Garnishment pursuant to Rule B as prayed for in the Verified Complaint in the amount of up to $1,088,259.56 against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, accounts, or any other tangible or intangible property of any kind belonging to, claimed by, being held for or on behalf of Defendant West Indies by any garnishee within this district as further described in the Process of Maritime Attachment and Garnishment, including, *inter alia*, Citibank; and

617262.1

**ORDERED** that this Order will be equally applicable to any garnishees other than Citibank upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including $1,088,259.56, pursuant to Rule B; and

**ORDERED** that the Clerk of the Court shall issue further, supplementary Process of Maritime Attachment and Garnishment, on request of the Plaintiff and without further order of this Court; and

**ORDERED** that any tangible or intangible property in the hands of the garnishee(s) and attached pursuant to this Order, may be released from seizure without the necessity of further orders of this Court, provided that the Marshal, or garnishee(s) receives written authorization to do so from the attorney who requested the attachment and garnishment, stating that he has conferred with all attorneys representing parties to the litigation, and they consent to the request for the release, and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the property which was attached pursuant to this Order; and

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order upon application of the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted; and

**ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment;

**ORDERED** that service of this Order and associated papers and said process of maritime attachment and garnishment may be made by facsimile transmission or other verifiable electronic means, including e-mail, to garnishee Citibank or by personal service to garnishee Citibank or by alternative means agreed to by garnishee Citibank;

**ORDERED** that pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure that the writs of attachment and garnishment may be served by any person, who is not less than 18 years old, and who is not a party to this action; and

**ORDERED** that any writ served on a garnishee in accordance with this Order will be deemed effective and continuous throughout any given day on which it is served.

Dated: New York, NY
      October 3, 2024

                                **SO ORDERED.**

*/s/ Mary Kay Vyskocil*
UNITED STATES DISTRICT COURT JUDGE
Mary Kay Vyskocil, U.S.D.J.
As Part One Judge

---

This *ex parte* request for maritime attachment is granted subject to a later hearing at which the defendant may seek vacatur. The hearing is tentatively scheduled for October 15, 2024 at 2:30 p.m. Any request for an adjournment or other application must be made to the presiding judge.