UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRITCHARD-GORDON TANKERS LTD.,

                Plaintiff,

- against -

WEST INDIES PETROLEUM LTD.,

                Defendant.

Civil Case No. 1:24-cv-07460

**AFFIDAVIT OF SERVICE OF COMPLIANCE WITH SUPPLEMENTAL ADMIRALTY RULE B(2)**

STATE OF NEW YORK   )
COUNTY OF NEW YORK  ) SS:

I, Madeline S. Ritter, being sworn say:

I am not a party to this action, am over 18 years of age and with a place of business at 80 Pine Street, New York, New York 10005. On October 4, 2024, I served a copy of the **Summons and Verified Complaint, Order Authorizing Issuance of Process of Maritime Attachment, Process of Maritime Attachment, Rule B Interrogatories and associated papers** upon:

        Citibank
        176 Water Street
        New York, NY 10268
        Attn: Legal and Compliance Department

at the above address by delivering a true copy of same personally upon Sanjeev Kumar, Branch Manager, at 11:11 a.m. at 176 Water Street, New York, NY.

Sworn to before me this
4th day of October, 2024.

_____
Madeline S. Ritter

_Katherine F. Malling_
NOTARY PUBLIC

KATHERINE FRANCES MALLING
NOTARY PUBLIC, State of New York
No. 01MA0007010
Qualified in Queens County
Commission Expires May 5, 2027

617449.1